**PRISONER CASE**

**FILED**
NF

JUN 0 2 2008

Jun 02 2008

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

**Plaintiff(s):**  RANDALL RE

**Defendant(s):**  ROSEMARIE RE, et al.

**County of Residence:** US, Outside the State of IL

**County of Residence:**

**Plaintiff's Address:**

Randall Re
#14617-424
Milan - FCI
P.O. Box 1000
Milan, MI 48160

**Defendant's Attorney:**

**Basis
of Jurisdiction:**  ☐ 1. U.S. Government Plaintiff   ☑ 3. Federal Question
(U.S. gov't. not a party)

☐ 2. U.S. Government Defendant   ☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

**Plaintiff:**

**Defendant:**

08CV 3175
JUDGE GOTTSCHALL
MAGISTRATE JUDGE DENLOW

**Origin:**  ☑ 1. Original Proceeding   ☐ 5. Transferred From Other District

☐ 2. Removed From State Court   ☐ 6. MultiDistrict Litigation

☐ 3. Remanded From Appellate Court   ☐ 7. Appeal to District Judge from
Magistrate Judgment

☐ 4. Reinstated or Reopened

**Nature of Suit:** 550 Civil Rights

**Cause of Action:** 42:1983pr

**Jury Demand:**  ☐ Yes   ☑ No

**Signature:** M. Burke   **Date:** 6/2/08