IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

FILED
Jun 2 2008
JUN 2 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Randall Re,

    Plaintiff,

vs.

Rosemarie Re, C.P.A.

    Defendant,

Donna M. Roberts, C.P.A., Trustee,

    Defendant,

Patricia deRosset, Esq. A.S.A.,

    Defendant,

George J. Vosicky, Esq., Trustee,

    Defendant,

Connie Gessner, Esq., Guardian Ad Litem,

    Defendant,

08CV 3175
JUDGE GOTTSCHALL
MAGISTRATE JUDGE DENLOW

Civil Complaint pursuant to Title 28 U.S.C. § 1332 (a)(1) Diversity of citizenship

---

**MOTION TO FILE AND PROCEED IN FORMA PAUPERIS**

---

    COMES NOW, the Plaintiff Randall Re, acting pro se and respectfully moves the Court to grant him leave to file and proceed with this Civil Action in forma pauperis.

    In support hereof Plaintiff submits a Financial Affidavit and his Inmate trust Fund Account showing deposits for the past six months and current balance. Plaintiff agrees to pay filing fees on installments.

Dated: 5-19-08

Respectfully Submitted

*Randall Re*

Randall Re
Reg. No. 14617-424
FCI-Milan
P.O. BOX 1000
Milan, Michigan 48160

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE OF

| Randall Re | v.s. | Rosemarie A. Re<br>Donna M. Roberts FOR<br>Patricia deRosset<br>George J. Vosicky AT<br>Connie Gessner | |
|---|---|---|---|
| Pro Se | | | |

PERSON REPRESENTED (Show your full name)

Randall George Re

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☒ Other    Civil Action

DOCKET NUMBERS
- Magistrate
- District Court
- Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

CIVIL ACTION
Title 28 U.S.C. § 1332(a)(1) Diversity of citizenship

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
- Name and address of employer: FCI-Milan, B.O.P., P.O. BOX 1000 Milan, Michigan 48160
- IF YES, how much do you earn per month? $ $5.00
- IF NO, give month and year of last employment — How much did you earn per month? $
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
  - RECEIVED $ _____   SOURCES _____

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No  IF YES, state total amount $ 40.00

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT
  - VALUE $ _____   DESCRIPTION _____

**OBLIGATIONS & DEBTS**

MARITAL STATUS:
- ___ SINGLE
- ___ MARRIED
- ___ WIDOWED
- ___ SEPARATED OR
- X  DIVORCED

DEPENDENTS: Total No. of Dependents: 1

List persons you actually support and your relationship to them: Russell Garrett Re — Son

**DEBTS & MONTHLY BILLS**
LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paym't |
|---|---|---|---|
| None | B.O.P. | $11,000. | $25.00/Qt. |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)  ▶ *Randall G. Re*    5-17-08

## Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 14617424 | Current Institution: | Milan FCI |
| Inmate Name: | RE, RANDALL | Housing Unit: | MIL-H-B |
| Report Date: | 05/11/2008 | Living Quarters: | H03-102U |
| Report Time: | 9:35:11 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 3806 |
| PAC #: | 308666512 |
| FRP Participation Status: | Participating |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 11/5/2002 |
| Local Account Activation Date: | 1/29/2004 5:52:21 AM |
| Sort Codes: | |
| Last Account Update: | 5/9/2008 8:55:25 AM |
| Account Status: | Active |
| Phone Balance: | $7.10 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $47.88 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $47.88 |
| National 6 Months Deposits: | $888.80 |
| National 6 Months Withdrawals: | $899.09 |
| National 6 Months Avg Daily Balance: | $67.20 |
| Local Max. Balance - Prev. 30 Days: | $255.28 |
| Average Balance - Prev. 30 Days: | $76.45 |