MHN

United States District Court  
Attn: Clerk of the Court  
219 South Dearborn Street  
Chicago, Illinois 60604

August 21, 2008

**FILED**  
8-25-2008  
AUG 25 2008  MD

MICHAEL W. DOBBINS  
CLERK, U.S. DISTRICT COURT

RE: ADDRESS CHANGE  
    Judge Joan B. Gottschall  
    Civil Case No. 08 CV 3175

Dear Clerk:

    I am writing this letter to inform the Court that I, Randall Re, Reg. No. 14617-424 is being transferred to a halfway house in St. Louis, Missouri area. The proposed date of the transfer is August 27, 2008.

    I still will be under custody of the Federal B.O.P.. All my legal files will follow at a later date, unbeknown to me at this present time.

    I am requesting all my mail be sent to the address below: Randall Re, (No regulation number is needed); 14717 Verdon Estates Drive, Florissant, Missouri 63034.

Sincerely,  
*Randall Re*  
Randall Re  
Reg. No. 14617-424  
FCI-Milan  
P.O. BOX 1000  
Milan, Michigan 48160

Note: I have enclosed four copies of this letter. One original and one to be file date-stamped and mailed to my home address in Missouri. Would you also mail one copy to each defendant, so there is no confusion. Thank you very much.

## CERTIFICATE OF SERVICE

I, Petitioner, Randall Re, pro se certify I have mailed a copy of the forgoing instrument on this _21_ day of _August_, 2008, by placing same in the U.S. Mail box located here in FCI-Milan; Milan, Michigan 48160, to:

Donna Roberts, C.P.A.
1515 South Tamiami Trail
Suite 4
Venice, Florida 34285

Rosemarie Re
1532 U.S. Highway 41
Bypass South
Venice, Florida 34293-1032

Dated: _8-21-08_

_Randall Re_
Randall Re