# United States District Court, Northern District of Illinois

HHN

| Name of Assigned Judge or Magistrate Judge | JOAN B. GOTTSCHALL | Sitting Judge if Other than Assigned Judge | 8-26-2008 |
|---|---|---|---|
| CASE NUMBER | 08 C 3175 | DATE | AUG 26 2008 |
| CASE TITLE | Randall Re (#14617-424) v. Rosemarie Re, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff is granted leave to file his amended complaint [8]. The Clerk is directed to issue summonses and attach a Magistrate Judge Consent Form to the summons for each defendant, and send Plaintiff said Form and Instructions for Submitting Documents along with a copy of this order.

■ [For further details see text below.]　　　　　　　　　　　　　　　Docketing to mail notices.

## STATEMENT

　　The United States Marshals Service is appointed to serve defendants. Any service forms necessary for Plaintiff to complete will be sent by the Marshal as appropriate to serve defendants with process. The U.S. Marshal is directed to make all reasonable efforts to serve defendants. The Marshal is authorized to mail a request for waiver of service to defendants in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service.
　　Plaintiff is instructed to file all future papers concerning this action with the Clerk of Court in care of the Prisoner Correspondent. In addition, Plaintiff must send an exact copy of any filing to defendants or, if represented by counsel, to counsel for defendants. Plaintiff must include on the original filing a certificate of service stating to whom exact copies were mailed and the date of mailing. Any paper that is sent directly to the judge or otherwise fails to comply with these instructions may be disregarded by the Court or returned to Plaintiff.

2008 AUG 26　U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | CLH |
|---|---|---|